IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS CURTIS,

    Plaintiff,

    v.

                        CIVIL ACTION FILE
                        NO. 1:18-CV-3643-TWT

NEIL BUTLER
NPD, et al.,

    Defendants.

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the

Report and Recommendation [Doc. 4] of the Magistrate Judge recommending

dismissing the action without prejudice. The Court approves and adopts the

Report and Recommendation as the judgment of the Court. This action is

DISMISSED without prejudice.

SO ORDERED, this 5 day of September, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Curtis\18cv3643\r&r.wpd